**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 FEB -2 PM 4: 54
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| JAMES SHIVER HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV406-280 |
| ) | |
| JAMES S. BYRNE, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

In an order dated December 12, 2006, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. The Court warned plaintiff that his failure to return these forms by January 11, 2007 would result in a recommendation that this case be dismissed. Since plaintiff has not returned these forms, this case should be DISMISSED.

SO REPORTED AND RECOMMENDED this 2nd day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA
